# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Stephon M. Parker**
    Plaintiff(s)

vs.                          **CASE NUMBER: 5:23-cv-235 (DNH/CFH)**

**Kilolo Kijakazi**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND pursuant to sentence 4 of 42 U.S.C. § 405(g). IT IS ORDERED that the final decision of the Commissioner be and hereby is REVERSED; the matter is REMANDED to the Defendant for this further administrative action; and the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated October 10, 2023.

DATED: October 10, 2023

                                                Clerk of Court

                                                s/Kathy Rogers
                                                Deputy Clerk